UNITED STATES DISTRICT COURT
                         DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
            **Plaintiff**

v.                                          **Violation Numbers 1753030 and 1753031**

**RODNEY N. McCAULEY**
            **Defendant**
                                            Pro Se

_____

                    **JUDGMENT IN A CRIMINAL CASE**
               (For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** was found guilty to CVB Violation Numbers 1753030 and 1753031.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Violation Number(s) |
|---|---|---|---|
| 38 CFR 1.218(a)(7) | Under the influence of Alcohol or Narcotics at VA Clinic | 11/03/2015 | 1753030 |
| 38 CFR 1.218(a)(7) | Introduction/Possession of Alcohol at VA Clinic | 11/03/2015 | 1753031 |

   The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   Violation #1753029 is dismissed on oral motion of the United States.

   **IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                            Date of Imposition of Sentence:
                                            April 28, 2016


                                              s/ Cheryl R. Zwart
                                            United States Magistrate Judge
                                            April 28, 2016

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Processing Fee |
|---|---|---|
| $10.00 on each violation | $100.00 on each violation | $25.00 on each violation |

## FINE

A Fine in the amount of $100.00, Special Assessment of $10.00 and a Processing Fee of $25.00 are imposed on each violation.

## RESTITUTION

No restitution ordered.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

    Payment of $70.00 for special assessment and processing fee due 5/2/2016.
    Payment of $50.00 due 6/6/2016.
    Payment of $50.00 due 7/5/2016.

After July 5, 2016, the court will consider waiving the remaining fine amount if the defendant has successfully completed alcohol treatment, resolved any pending charges from other courts, and incurred no new charges. Defendant shall cooperate with this court's Probation Office as it assists and monitors Defendant's efforts and success in meeting the requirements necessary for lowering Defendant's fine after July 5, 2016.

All financial penalty payments are to be made to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

___

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By: _____ _____
Deputy Clerk