IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>vs.<br><br>RODNEY N. MCCAULEY,<br><br>          Defendant. | **4:16CB3003**<br><br>**ORDER** |

After conferring with this court's probation office, the court finds Defendant has completed a drug treatment program and has performed the conditions for lowering his fine.

Accordingly,

IT IS ORDERED that as to any amounts still owed toward the fine imposed by the court, that unpaid portion of the fine is waived. Defendant is deemed to have fully paid the fine imposed.

July 27, 2016.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge